**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:  PAUL PHILLIP FLOURNOY,       Case No.  08-36697-KRH
                                     Chapter 13
           **Debtor.**

**1101 Huntersdell Terrace**
**Richmond, VA  23235**

**Last 4 digits of SSN:  4625**

## MOTION TO WITHDRAW §1328 CERTIFICATION
## AND TO VACATE DISCHARGE

This day comes, Paul Phillip Flournoy, by counsel, and moves the Court to withdraw his §1328 certification and vacate his discharge and in support thereof states as follows:

1. That he filed the above captioned Chapter 13 bankruptcy on December 31, 2008.

2. That he had previously filed a Chapter 7 bankruptcy on October 13, 2005, and received a discharge on January 30, 2006.

3. That as a result of the prior bankruptcy discharge he was not entitled to and did not expect the Court to issue a discharge in the instant case.

4. That he inadvertently filed a §1328 Certification through counsel.

Richard O. Gates, Esq.
GATES LAW OFFICES
State Bar No. 13857
P.O. Box 187
Chesterfield, VA  23832
804-748-0382
804-748-6349 (facsimile)

WHEREFORE, your debtor prays that Court to enter an order withdrawing his §1328 certificate and vacate the discharge entered in this matter.

                                    Respectfully submitted,

                                    PAUL PHILLIP FLOURNOY

                                    By: /s/ Richard O. Gates
                                                  Counsel

Richard O. Gates, Esq.
GATES LAW OFFICES
State Bar No. 13857
P.O. Box 187
Chesterfield, VA  23832
804-748-0382
804-748-6349 (facsimile)

## CERTIFICATE OF SERVICE

      I certify that on May 29, 2013, a copy of the foregoing was mailed via first class mail, postage prepaid, to all creditors and parties in interest as set forth on the attached mailing matrix.

                                    /s/ Richard O. Gates

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:  PAUL PHILLIP FLOURNOY,                    Case No.  08-36697-KRH
                                                  Chapter 13
        **Debtor.**

**1101 Huntersdell Terrace
Richmond, VA  23235**

**Last 4 digits of SSN:  4625**

## NOTICE OF MOTION

The above Debtor has filed papers with the Court to request an Order withdrawing debtor's §1328 certification and to vacate discharge.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, you or your attorney must:

- File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1:

    Clerk of Court
    United States Bankruptcy Court
    701 E. Broad Street, Suite 4000
    Richmond, VA  23219

You must also mail a copy to:

    Richard O. Gates
    P. O. Box 187
    Chesterfield, VA  23832

Richard O. Gates, Esq.
GATES LAW OFFICES
State Bar No. 13857
P.O. Box 187
Chesterfield, VA  23832
804-748-0382
804-748-6349 (facsimile)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

                    PAUL PHILLIP FLOURNOY

              By: /s/ Richard O. Gates
                    Counsel

Richard O. Gates, Esq.
GATES LAW OFFICES
State Bar No. 13857
P.O. Box 187
Chesterfield, VA  23832
804-748-0382
804-748-6349 (facsimile)

## CERTIFICATE OF SERVICE

    I certify that on May 29, 2013, a copy of the foregoing was mailed via first class mail, postage prepaid, to all creditors and parties in interest as set forth on the attached mailing matrix.

              /s/ Richard O. Gates

```
AHMSI Servicing              Chippenham JW Med Ctrs       Gloria Hall
P. O. Box 631730             P. O. Box 13620              2957 Galena Avenue
Irving, TX 75063             Richmond, VA 23225-8620      Richmond, VA 23237

American Balalaika           Cross Auto                   HSBC Card Services
Symphony                     3360 Anderson Highway        P. O. Box 17051
3811 North 14th Street       Powhatan, VA 23139           Baltimore, MD 21297-1051
Arlington, VA 22201

                             David W. Schneider           Idearc Media
Americredit                  221 Harwick Drive            P. O. Box 619810
P. O. Box 183593             Richmond, VA 23236           Dallas, TX 75261
Arlington, TX 76096

                             First Premier Bank           Juniper Bank
Carl M. Bates, Trustee       P. O. Box 5147               P.O. Box 13337
P. O. Box 1819               Sioux Falls, SD 57117        Philadelphia, PA 19101
Richmond, VA 23218

                             GE Money Bank                Leonard W. Tuck, Jr.
CGI Insurance                P. O. Box 960061             2060 Buford Road
300 Burnett Street           Orlando, FL 32896            Richmond, VA 23235
Fort Worth, TX 76102

                             GE Money Bank                Lowes
Chesterfield Bonding         P.O. Box 960061              P.O. Box 530914
11300 Hull Street Road       Orlando, FL 32896            Atlanta, GA 30353-0914
Midlothian, VA 23112
```

| | | |
|---|---|---|
| Northside Electric<br>c/o Derrick Rosser, P.C.<br>211- England Street<br>Ashland, VA 23005 | Orchard Bank<br>P. O. Box 7044<br>Anaheim, CA 92850 | Virginia Emergency Phys.<br>P. O. Box 17694<br>Baltimore, MD 21297 |
| Office of the U.S. Trustee<br>701 E. Broad St., Suite 4300<br>Richmond, VA 23219 | Sam'e Club<br>P. O. Box 530942<br>Atlanta, GA 30353<br><br>Treas., Chesterfield County<br>P. O. Box 70<br>Chesterfield, VA 23832 | Washington Mutual<br>P. O. Box 660487<br>Dallas, TX 75266<br><br>Yellow Book USA<br>P. O. box 619810<br>Dallas, TX 75261 |